JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MARIO ALBERTO VALENZUELA, | ) | No. ED CV 13-00246-VAP (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| RANDY GROUNDS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: March 6, 2014

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE